```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RESCO HOLDINGS L.L.C., et al.,       :
                                     :
                 Petitioners,        :    19 Civ. 9384 (VM)
                                     :
      - against -                    :         ORDER
                                     :
NATIONAL UNION FIRE INSURANCE        :
COMPANY OF PITTSBURGH, P.A.,         :
                                     :
                 Respondent.         :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for the above-captioned case indicates that no action has been taken since October 30, 2019. At that time, the Court dismissed the petition to stay arbitration. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to dismiss the complaint in this action and to terminate any pending motions and close this case for lack of prosecution without prejudice, provided that within seven days of the date of this Order plaintiff may request reinstatement of the case to the Court's active docket.

**SO ORDERED.**

Dated:     New York, New York
           2 June 2020

                                        _____
                                           Victor Marrero
                                             U.S.D.J.